Argued and submitted September 18, reversed October 9, 2013, petition for review denied January 16, 2014 (354 Or 699)

Jeffrey EVANS,
*Plaintiff-Appellant,*

*v.*

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,
or its unknown business entity,
*Defendant-Respondent.*

Deschutes County Circuit Court
11CV0511; A150738

311 P3d 993

Michael G. Smith argued the cause for appellant. With him on the briefs was Gatti, Gatti, Maier, Sayer, Thayer, Smith & Associates.

R. Daniel Lindahl argued the cause for respondent. With him on the brief were Lindahl Kaempf PC, and Nathan G. Steele and The Steele Law Firm.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Duncan, Judge.

PER CURIAM

Reversed. *Paton v. American Family Mutual Ins. Co.*, 256 Or App 607, 302 P3d 1204 (2013).